IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY,**

    **Plaintiff,**

Vs.                                Docket No.: 3:19-cv-00220

**ESTATE OF JOHN HUTTON, NAOMI**
**ENDICOTT, individually and on behalf of**
**J. E., a minor, A. H.,**
**a minor, BREONY MOYERS, TIMOTHY WARDLOW,**
**CAROLYN PARK, PAUL PARK, individually and**
**on behalf of M.P., a minor,**
**PATRICK PARK and JAMES MUNSEY,**

    **Defendants.**

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT JAMES MUNSEY

Comes now, Plaintiff State Farm Mutual Automobile Insurance Company, by and through counsel, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and moves this Court for entry of default judgment against Defendant James Munsey. As grounds for its application, Plaintiff would show that proper service was made upon Defendant on September 18, 2019, and that Defendant has not filed an Answer or otherwise entered an appearance in this case. Plaintiff would further state that a search was made of the Department of Defense Manpower Data Center, pursuant to the Servicemember's Civil Relief Act, revealing that Defendant is currently not active in the United States Military. As such, Plaintiff requests entry of default judgment against Defendant. In support of this motion, Plaintiff relies upon the Affidavit of Jonathan D. Stewart filed herewith as **Exhibit A**. Specifically, Plaintiff requests that this Court enter default judgment declaring that

Plaintiff owes no duty to defend or indemnify Naomi Endicott in the underlying cases set forth in the Complaint for Declaratory Judgment (DE#1) on the basis that she is not an insured under the policy of insurance issued by Plaintiff to John Hutton, on the basis that she failed to cooperate in the defense of the underlying cases, and on the basis that she was not operating the vehicle owned by John Hutton with his express or implied permission at the time of the accident at issue in the underlying cases.

    Respectfully submitted,

    RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:   s/ Jonathan D. Stewart
      BRADFORD D. BOX , BPR #016596
      JONATHAN D. STEWART, BPR #023039
      *Attorneys for Plaintiff*
      209 E. Main Street
      P.O. Box 1147
      Jackson, TN 38302-1147
      (731) 423-2414

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading or document was served via U.S. Mail, postage prepaid, or by this Court's electronic filing system, upon the following parties:

| | | |
|---|---|---|
| Estate of John Hutton<br>c/o Catherine Hutton<br>116 Barrington Drive<br>Oak Ridge, TN 37830 | Paul Park<br>587 Fall Creek Rd.<br>Ozone, TN 37842<br>Individually and on behalf of minor M.P. | Patrick Park<br>587 Fall Creek Rd.<br>Ozone, TN 37842 |
| Carolyn Park<br>587 Fall Creek Rd.<br>Ozone, TN 37842 | Naomi Endicott<br>197 Hillside Rd.<br>Oak Ridge, TN 37830 | Breony Moyers<br>8086 Cambury Cove W<br>Germantown, TN 38139 |
| James Munsey<br>140 Hardinberry Dr.<br>Oak Ridge, TN 37830 | Timothy Wardlow<br>8086 Cambury Cove W<br>Germantown, TN 38139 | |

This the 15th day of October, 2020

            ___s/Jonathan D. Stewart___