UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) ) | 3:19-CV-00220-DCLC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ESTATE OF JOHN HUTTON, *et al*., | ) ) ) | |
| Defendants. | | |

## JUDGMENT

For the reasons stated in the accompanying memorandum, the Court **GRANTS** Plaintiff's Motion for Summary Judgment [Doc. 57] and **DECLARES** that Plaintiff is not obligated under the terms of its Policy of Insurance, bearing policy number 1057-407-42C, and issued to John Hutton, to defend, indemnify, or provide coverage to Naomi Endicott for any liability arising out of the automobile accident that occurred on April 6, 2018, including any claims or damages allegedly resulting from, or otherwise arising out of, said accident.

The Clerk is directed to close the case.

SO ORDERED:

s/Clifton L. Corker
United States District Judge

ENTERED AS JUDGMENT:

s/LeAnna Wilson
Clerk of Court